Benjamin L. Kennedy, State Bar No. 232889
CARR, KENNEDY, PETERSON & FROST
A Law Corporation
420 Redcliff Drive
Redding, California 96002
Email: bkennedy@ckpf.com
(530) 222-2100; FAX (530) 222-0504

Attorneys for Plaintiff Cristine Carlson

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTINE CARLSON,<br><br>              Plaintiff,<br><br>vs.<br><br>SHASTA LIVESTOCK AUCTION YARD, INC, a California corporation,<br><br>              Defendant. | No. 2:20-CV-01242-MCE-DMC<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER |

**NOTICE IS HEREBY GIVEN** that Plaintiff and Defendant stipulate to voluntarily dismiss the above-captioned action with prejudice. The parties have entered into a settlement agreement in this matter and the terms of the settlement agreement have been satisfied.

Dated: April 13, 2021

                            CARR, KENNEDY, PETERSON & FROST


                            By: __/s/ Benjamin L. Kennedy_____
                                 Benjamin L. Kennedy
                                 Attorney for Plaintiff

                            REESE, SMALLEY, WISEMAN & SCHWEITZER, LLP


                            By: __/s/ Kelly J. Snowden_____
                                 Kelly J. Snowden
                                 Attorney for Defendant

# ORDER

It is hereby ordered that this case is dismissed with prejudice. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: April 27, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

- 2 -
STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER